GRACE I. STEELE, Appellant, v. ALEXANDER STEELE, Respondent.— Order

denying plaintiff's motion for alimony and counsel fee modified by granting plaintiff an allowance of $100 for counsel fee; and as so modified affirmed, without costs. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.